CLARK, J.,
dissenting.
|,I voted to deny petitioner’s request to sit for the bar exam, I voted to deny petitioner’s application for the appointment of a commissioner, and, for the same reasons, I would deny admission.
Petitioner has a record of both civilian criminal conduct and military criminal conduct. Further, and perhaps more seriously, petitioner shown a pattern of dis: honesty by failing to report his complete criminal history and/or his employment history on his law school admission, his application for admission to the Texas Bar, and his application for admission to the Louisiana Bar.
A license to practice law in Louisiana is a privilege, not a right, and petitioner has shown by his illegal and dishonest conduct that he is not entitled to that privilege. By admitting petitioner to the Louisiana Bar, the Court is lowering the standards demanded of members of the Bar.